**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John LARSON, Defendant—Appellant.**

No. 02–50186.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.\*

Decided April 19, 2004.

This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

MEMORANDUM **

John Larson appeals his guilty-plea conviction and 42–month sentence for two counts of securities fraud, and two counts of mail fraud, in violation of 15 U.S.C. §§ 78j(b), and 78ff, 17 C.F.R. 240.10b–5, and 18 U.S.C. § 1341.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Larson has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Larson filed a pro se supplemental brief and the government has filed an answering brief arguing dismissal based on an appeal waiver provision in Larson's plea agreement.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).